THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
| Plaintiff, | ORDER |
| v. | |
| EFRAN VILLALOBOS GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on Defendant Efran Villalobos Gonzalez's motion to reduce his sentence (Dkt. No. 343). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby DENIES the motion for the reasons explained herein.

Defendant moves the Court to reduce his sentence pursuant to 18 U.S.C. section 3582, based on Amendment 794 to the Sentencing Guidelines. (Dkt. No. 343 at 2.) The amendment became effective on November 1, 2015. U.S.S.G. App. C. Amend. 794. The Court sentenced Defendant on May 24, 2016, pursuant to the Guidelines, inclusive of Amendment 794. (Dkt. No. 242.) No subsequent amendments have changed the applicable Guideline range. Therefore, the Court has no jurisdiction to further reduce Defendant's sentence. *See* 18 U.S.C. § 3582(c)(2) (allowing reduction where defendant was sentenced based on a sentencing range that has *subsequently* been lowered) (emphasis added); *Dillon v. United States*, 560 U.S. 817, 826 (2010) (section 3582(c)(2) applies only to "those whose sentence was based on a sentencing range

subsequently lowered by the Commission").

Defendant's motion to reduce his sentence (Dkt. No. 343) is DENIED.

DATED this 9th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE