THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0202-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EFRAN VILLALOBOS-GONZALEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule for Defendant's motion for compassionate release (Dkt. No. 353). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant will file any amended or substitute motion on or before July 17, 2020;
2. The United States will file a response to the motion on or before July 27, 2020; and
3. Any reply brief will be filed on or before July 31, 2020, and the matter noted for that date.

//

//

MINUTE ORDER
CR15-0202-JCC
PAGE - 1

1 | DATED this 9th day of July 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk