THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EFRAN VILLALOBOS-GONZALEZ,<br>Defendant. | CASE NO. CR15-0202-JCC<br>ORDER |

This matter comes before the Court on Defendant's motion to seal an exhibit to his motion for compassionate release (Dkt. No. 368). Defendant argues that the documents contain Defendant's medical records. (*Id.* at 1.)

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). To overcome that presumption, a party seeking to seal a judicial record must show "compelling reasons" to seal the record if it relates to a dispositive pleading. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Here, the exhibit at issue concerns Defendant's medical records. (*See* Dkt. No. 358.) Defendant's strong interest in maintaining the confidentiality of such records outweighs the public's interest in their disclosure. *See Kamakana*, 447 F.3d at 1179. Accordingly, the Court finds good cause and GRANTS Defendant's motion to seal. The Clerk is DIRECTED to

maintain Docket Number 358 under seal until further order of the Court.

DATED this 21st day of August 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE